Joel E. Elkins
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff and
the Proposed Class*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB CARMEAN, On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RPX CORPORATION, SHELBY W. BONNIE, STEVEN L. FINGERHOOD, SANFORD R. ROBERTSON, MARTIN E. ROBERTS, MALLUN YEN, FRANK E. DANGEARD, GILBERT S. PALTER, ANDREW D. AFRICK, and MAGDALENA YESIL,<br><br>　　　　　Defendants. | Case No. 4:18-cv-03365-JSW |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Bob Carmean ("Plaintiff") voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice, and without prejudice as to the claims of the putative class.  Because

---

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: August 27, 2018                    **WEISSLAW LLP**
                                          Joel E. Elkins

                                          By: _____

                                          Joel E. Elkins
                                          9107 Wilshire Blvd., Suite 450
                                          Beverly Hills, CA 90210
                                          Telephone:  310/208-2800
                                          Facsimile:   310/209-2348
                                                  -and-
                                          Richard A. Acocelli
                                          1500 Broadway, 16th Floor
                                          New York, NY  10036
                                          Telephone: 212/682-3025
                                          Facsimile:  212/682-3010

                                          *Attorneys for Plaintiff and
                                          the Proposed Class*

2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I, Joel E. Elkins, hereby certify under penalty of perjury that on August 27, 2018, I caused a copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** to be served upon the following:

*All Parties of Record* (via CM/ECF)

_____
Joel E. Elkins